# Exhibit 7

# Application of U.S. Patent No. 8,503,936 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Stellantis vehicles, including Alfa Romeo, Chrysler, Dodge, Fiat, Jeep, Maserati, Peugeot, and Ram branded vehicles, featuring Android Auto, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 8,503,936                                                             Page 1 of 11

| Claim | Application of U.S. Patent No. 8,503,936 |
|---|---|
| 7[pre]: A method of operating an electronic device communicable with another electronic device over a short range connection, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of operating an electronic device (e.g., Accused Instrumentality) communicable with another electronic device (e.g., smartphone) over a short range connection. For example, each Accused Instrumentality has an infotainment system supporting Android Auto pairing with an Android Auto-enabled device such as a smartphone. <br><br> **Android Auto** <br><br> Android Auto provides a driver-optimized app experience for users who have an Android phone with the Android Auto app and a compatible car or aftermarket stereo system ⧉. They can use your app directly on their car's display by connecting their phone. You enable Android Auto to connect with your phone app by creating services that Android Auto uses to display a driver-optimized interface to the driver. <br><br> **Figure 1.** Android Auto—powered by a phone and running on a car. |





Source: 2024 Jeep Grand Cherokee Test Photos – Paired Android Smartphone



Source: https://www.youtube.com/watch?v=4XZ5BmVEeNg

Source: https://stellantisinfotainment.com/manuals/fiat/panda/androidauto.pdf

| 7[a]: receiving data from the other electronic device, the data enabling the electronic device to display a | The Accused Instrumentalities receive data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other |
|---|---|

| | |
|---|---|
| first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and | electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item. For example, the Accused Instrumentalities receive data from a smartphone that is displayed on the infotainment system of the Accused Instrumentalities. The data is also displayed on the smartphone and can comprise a plurality of data items obtained from a plurality of sources (e.g., navigation data, media data, etc.).<br><br>## Android Auto<br><br>Android Auto provides a driver-optimized app experience for users who have an Android phone with the Android Auto app and a compatible car or aftermarket stereo system ↗. They can use your app directly on their car's display by connecting their phone. You enable Android Auto to connect with your phone app by creating services that Android Auto uses to display a driver-optimized interface to the driver.<br><br><br><br>**Figure 1.** Android Auto—powered by a phone and running on a car.<br><br>Source: https://developer.android.com/training/cars; *see also* https://developers.google.com/cars/design/android-auto. |



U.S. Patent No. 8,503,936                    Page 7 of 11



Source: 2024 Jeep Grand Cherokee Test Photos – Paired Android Smartphone

| | |
|---|---|
| 7[b]: displaying the first user interface. | The Accused Instrumentalities display the first user interface. For example, the Accused Instrumentalities display the first user interface via the infotainment system. |

### Android Auto

Android Auto provides a driver-optimized app experience for users who have an Android phone with the Android Auto app and a compatible car or aftermarket stereo system ↗. They can use your app directly on their car's display by connecting their phone. You enable Android Auto to connect with your phone app by creating services that Android Auto uses to display a driver-optimized interface to the driver.



**Figure 1.** Android Auto—powered by a phone and running on a car.

Source: https://developer.android.com/training/cars; *see also* https://developers.google.com/cars/design/android-auto.





Source: 2024 Jeep Grand Cherokee Test Photos – Paired Android Smartphone