# Exhibit 8

# Application of U.S. Patent No. 9,111,170 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Stellantis vehicles, including Alfa Romeo, Chrysler, Dodge, Fiat, Jeep, Maserati, Peugeot, and Ram branded vehicles, featuring Traffic Sign Recognition / Intelligent Speed Control features, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

| Claim | Application of U.S. Patent No. 9,111,170 |
|---|---|
| 1[pre]: A method performed by an electronic device, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method by an electronic device – e.g., performed by a vehicle featuring Traffic Sign Recognition and/or Intelligent Speed Control functionality, which obtains and processes images of traffic signs. |

## UTILIZING TRAFFIC SIGN RECOGNITION

Traffic Sign Recognition technology utilizes a camera mounted to the windshield to detect and display common road signs. You will see road signs such as speed limit, no passing and other popular indicators displayed as icons in the instrument cluster display.

You can easily control the system through the vehicle's radio controller by clicking on the Driver Assistance menu and choosing Traffic Sign Recognition. These steps allow the system to easily be turned off and on. Selecting the blinking option will allow the system to give you speed limit warnings to ensure you are driving within the limit. A speed limit offset option is also available.

When activated, it is important to keep the windshield clear of debris so that it can function properly. Dirt, mud and other objects may keep the camera from properly detecting road signs. It is important to remember that Traffic Sign Recognition is an enhancement to driver technology and not a replacement for staying alert behind the wheel.



Source: https://www.alfaromeousaofwestpalm.com/alfa-romeo-traffic-sign-recognition-system/; *see also* https://www.alfaromeousa.com/models/giulia; https://www.alfaromeousa.com/models/tonale; https://www.alfaromeousa.com/models/stelvio.



Source: https://youtu.be/dT3tau8nZLA



Source: https://www.youtube.com/watch?v=tnLc7dGu4sI

## Traffic Signal Recognition

Sometimes you can drive by a sign without reading it, and you could end up unintentionally speeding if the speed limit has dropped. This system recognizes traffic signs using a camera, and an icon representing the sign will appear on your screen. This allows you to reduce speed or make other decisions based on the identified traffic signal.

Source: https://www.ewaldcjdr.com/blogs/4297/dodge-safety-features-2024-enhancements/;
*see also* https://www.dodge.com/eu-shared/2024/hornet/technology.html#safety-and-security.



**TRAFFIC SIGN RECOGNITION** ⓘ

This available feature detects road signs and displays their information on the Digital Cluster and Head-Up Display.

Source: https://www.ramtrucks.com/ram-1500/features.html; *see also* https://www.greatwestchrysler.com/2025-ram-1500-rho-safety/.

The Traffic Sign Recognition system (TSR) comes in handy when you happen to miss a traffic sign while driving on any kind of road as it recognizes and keeps track of the signs you just passed by.



TSR monitors the traffic signs using both a forward-facing digital camera placed behind the rear-view mirror and the navigation system data.

Three types of signs can be detected:
1. speed limit sign
2. temporary speed limit signs
3. overtaking restriction areas

The system will inform you of the current traffic signs by displaying all information and the related icons in the upper area of the instrument cluster.

Source: https://www.maserati.com/id/en/ownership/guides-and-documentation/safety/traffic-sign-recognition



Source: https://youtu.be/zvFC-SkuKJ8

| 1[a]: obtaining an image; | The Accused Instrumentalities obtain an image. For example, the Accused Instrumentalities include a camera system that obtains an image, including an image of a traffic sign. |
|---|---|

## UTILIZING TRAFFIC SIGN RECOGNITION

Traffic Sign Recognition technology utilizes a camera mounted to the windshield to detect and display common road signs. You will see road signs such as speed limit, no passing and other popular indicators displayed as icons in the instrument cluster display.

You can easily control the system through the vehicle's radio controller by clicking on the Driver Assistance menu and choosing Traffic Sign Recognition. These steps allow the system to easily be turned off and on. Selecting the blinking option will allow the system to give you speed limit warnings to ensure you are driving within the limit. A speed limit offset option is also available.

When activated, it is important to keep the windshield clear of debris so that it can function properly. Dirt, mud and other objects may keep the camera from properly detecting road signs. It is important to remember that Traffic Sign Recognition is an enhancement to driver technology and not a replacement for staying alert behind the wheel.



Source: https://www.alfaromeousaofwestpalm.com/alfa-romeo-traffic-sign-recognition-system/

## Traffic Signal Recognition

Sometimes you can drive by a sign without reading it, and you could end up unintentionally speeding if the speed limit has dropped. This system recognizes traffic signs using a camera, and an icon representing the sign will appear on your screen. This allows you to reduce speed or make other decisions based on the identified traffic signal.

Source: https://www.ewaldcjdr.com/blogs/4297/dodge-safety-features-2024-enhancements/

The Traffic Sign Recognition system (TSR) comes in handy when you happen to miss a traffic sign while driving on any kind of road as it recognizes and keeps track of the signs you just passed by.



TSR monitors the traffic signs using both a forward-facing digital camera placed behind the rear-view mirror and the navigation system data.

Three types of signs can be detected:
1. speed limit sign
2. temporary speed limit signs
3. overtaking restriction areas

The system will inform you of the current traffic signs by displaying all information and the related icons in the upper area of the instrument cluster.

Source: https://www.maserati.com/id/en/ownership/guides-and-documentation/safety/traffic-sign-recognition



Source: https://youtu.be/zvFC-SkuKJ8

| 1[b]: applying to the image at least one image processing technique; | The Accused Instrumentalities apply to the image at least one image processing technique. Images captured by the camera of the Accused Instrumentalities are scanned to identify traffic sign information and determine what is indicated by the sign.<br><br>**UTILIZING TRAFFIC SIGN RECOGNITION**<br><br>Traffic Sign Recognition technology utilizes a camera mounted to the windshield to detect and display common road signs. You will see road signs such as speed limit, no passing and other popular indicators displayed as icons in the instrument cluster display.<br><br>You can easily control the system through the vehicle's radio controller by clicking on the Driver Assistance menu and choosing Traffic Sign Recognition. These steps allow the system to easily be turned off and on. Selecting the blinking option will allow the system to give you speed limit warnings to ensure you are driving within the limit. A speed limit offset option is also available.<br><br>When activated, it is important to keep the windshield clear of debris so that it can function properly. Dirt, mud and other objects may keep the camera from properly detecting road signs. It is important to remember that Traffic Sign Recognition is an enhancement to driver technology and not a replacement for staying alert behind the wheel.<br><br><br><br>Source: https://www.alfaromeousaofwestpalm.com/alfa-romeo-traffic-sign-recognition-system/ |

## Traffic Signal Recognition

Sometimes you can drive by a sign without reading it, and you could end up unintentionally speeding if the speed limit has dropped. This system recognizes traffic signs using a camera, and an icon representing the sign will appear on your screen. This allows you to reduce speed or make other decisions based on the identified traffic signal.

Source: https://www.ewaldcjdr.com/blogs/4297/dodge-safety-features-2024-enhancements/

The Traffic Sign Recognition system (TSR) comes in handy when you happen to miss a traffic sign while driving on any kind of road as it recognizes and keeps track of the signs you just passed by.



TSR monitors the traffic signs using both a forward-facing digital camera placed behind the rear-view mirror and the navigation system data.

Three types of signs can be detected:
1. speed limit sign
2. temporary speed limit signs
3. overtaking restriction areas

The system will inform you of the current traffic signs by displaying all information and the related icons in the upper area of the instrument cluster.

Source: https://www.maserati.com/id/en/ownership/guides-and-documentation/safety/traffic-sign-recognition

U.S. Patent No. 9,111,170

| | |
|---|---|
| | <br><br>Source: https://youtu.be/zvFC-SkuKJ8 |
| 1[c]: scanning the image to identify a text item; | The Accused Instrumentalities scan the image to identify a text item. |

## UTILIZING TRAFFIC SIGN RECOGNITION

Traffic Sign Recognition technology utilizes a camera mounted to the windshield to detect and display common road signs. You will see road signs such as speed limit, no passing and other popular indicators displayed as icons in the instrument cluster display.

You can easily control the system through the vehicle's radio controller by clicking on the Driver Assistance menu and choosing Traffic Sign Recognition. These steps allow the system to easily be turned off and on. Selecting the blinking option will allow the system to give you speed limit warnings to ensure you are driving within the limit. A speed limit offset option is also available.

When activated, it is important to keep the windshield clear of debris so that it can function properly. Dirt, mud and other objects may keep the camera from properly detecting road signs. It is important to remember that Traffic Sign Recognition is an enhancement to driver technology and not a replacement for staying alert behind the wheel.



Source: https://www.alfaromeousaofwestpalm.com/alfa-romeo-traffic-sign-recognition-system/

U.S. Patent No. 9,111,170                                   Page 15 of 27

## Traffic Signal Recognition

Sometimes you can drive by a sign without reading it, and you could end up unintentionally speeding if the speed limit has dropped. This system recognizes traffic signs using a camera, and an icon representing the sign will appear on your screen. This allows you to reduce speed or make other decisions based on the identified traffic signal.

Source: https://www.ewaldcjdr.com/blogs/4297/dodge-safety-features-2024-enhancements/

The Traffic Sign Recognition system (TSR) comes in handy when you happen to miss a traffic sign while driving on any kind of road as it recognizes and keeps track of the signs you just passed by.



TSR monitors the traffic signs using both a forward-facing digital camera placed behind the rear-view mirror and the navigation system data.

Three types of signs can be detected:
1. speed limit sign
2. temporary speed limit signs
3. overtaking restriction areas

The system will inform you of the current traffic signs by displaying all information and the related icons in the upper area of the instrument cluster.

Source: https://www.maserati.com/id/en/ownership/guides-and-documentation/safety/traffic-sign-recognition

U.S. Patent No. 9,111,170                    Page 16 of 27

| | |
|---|---|
| | <br><br>Source: https://youtu.be/zvFC-SkuKJ8 |
| 1[d]: determining an item type for the identified text item; and | The Accused Instrumentalities determine an item type for the identified text item. |

## UTILIZING TRAFFIC SIGN RECOGNITION

Traffic Sign Recognition technology utilizes a camera mounted to the windshield to detect and display common road signs. You will see road signs such as speed limit, no passing and other popular indicators displayed as icons in the instrument cluster display.

You can easily control the system through the vehicle's radio controller by clicking on the Driver Assistance menu and choosing Traffic Sign Recognition. These steps allow the system to easily be turned off and on. Selecting the blinking option will allow the system to give you speed limit warnings to ensure you are driving within the limit. A speed limit offset option is also available.

When activated, it is important to keep the windshield clear of debris so that it can function properly. Dirt, mud and other objects may keep the camera from properly detecting road signs. It is important to remember that Traffic Sign Recognition is an enhancement to driver technology and not a replacement for staying alert behind the wheel.



Source: https://www.alfaromeousaofwestpalm.com/alfa-romeo-traffic-sign-recognition-system/

U.S. Patent No. 9,111,170                                    Page 18 of 27

## Traffic Signal Recognition

Sometimes you can drive by a sign without reading it, and you could end up unintentionally speeding if the speed limit has dropped. This system recognizes traffic signs using a camera, and an icon representing the sign will appear on your screen. This allows you to reduce speed or make other decisions based on the identified traffic signal.

Source: https://www.ewaldcjdr.com/blogs/4297/dodge-safety-features-2024-enhancements/

The Traffic Sign Recognition system (TSR) comes in handy when you happen to miss a traffic sign while driving on any kind of road as it recognizes and keeps track of the signs you just passed by.



TSR monitors the traffic signs using both a forward-facing digital camera placed behind the rear-view mirror and the navigation system data.

Three types of signs can be detected:
1. speed limit sign
2. temporary speed limit signs
3. overtaking restriction areas

The system will inform you of the current traffic signs by displaying all information and the related icons in the upper area of the instrument cluster.

Source: https://www.maserati.com/id/en/ownership/guides-and-documentation/safety/traffic-sign-recognition



Source: https://youtu.be/zvFC-SkuKJ8

| 1[e]: determining an action, corresponding to the item type. | The Accused Instrumentalities determine an action corresponding to the item type. For example, the Accused Instrumentalities may alert or provide a message to the driver based on the traffic sign. |
|---|---|

## UTILIZING TRAFFIC SIGN RECOGNITION

Traffic Sign Recognition technology utilizes a camera mounted to the windshield to detect and display common road signs. You will see road signs such as speed limit, no passing and other popular indicators displayed as icons in the instrument cluster display.

You can easily control the system through the vehicle's radio controller by clicking on the Driver Assistance menu and choosing Traffic Sign Recognition. These steps allow the system to easily be turned off and on. Selecting the blinking option will allow the system to give you speed limit warnings to ensure you are driving within the limit. A speed limit offset option is also available.

When activated, it is important to keep the windshield clear of debris so that it can function properly. Dirt, mud and other objects may keep the camera from properly detecting road signs. It is important to remember that Traffic Sign Recognition is an enhancement to driver technology and not a replacement for staying alert behind the wheel.



Source: https://www.alfaromeousaofwestpalm.com/alfa-romeo-traffic-sign-recognition-system/



Source: https://youtu.be/dT3tau8nZLA

## Traffic Signal Recognition

Sometimes you can drive by a sign without reading it, and you could end up unintentionally speeding if the speed limit has dropped. This system recognizes traffic signs using a camera, and an icon representing the sign will appear on your screen. This allows you to reduce speed or make other decisions based on the identified traffic signal.

Source: https://www.ewaldcjdr.com/blogs/4297/dodge-safety-features-2024-enhancements/

The Traffic Sign Recognition system (TSR) comes in handy when you happen to miss a traffic sign while driving on any kind of road as it recognizes and keeps track of the signs you just passed by.



TSR monitors the traffic signs using both a forward-facing digital camera placed behind the rear-view mirror and the navigation system data.

Three types of signs can be detected:
1. speed limit sign
2. temporary speed limit signs
3. overtaking restriction areas

The system will inform you of the current traffic signs by displaying all information and the related icons in the upper area of the instrument cluster.

Source: https://www.maserati.com/id/en/ownership/guides-and-documentation/safety/traffic-sign-recognition



Source: https://youtu.be/zvFC-SkuKJ8

| | |
|---|---|
| 2: The method of claim 1, further comprising:<br>displaying a user interface element, corresponding to the action;<br>receiving a selection of the user interface element; and<br>performing the action. | The Accused Instrumentalities display a user interface element corresponding to the action. The Accused Instrumentalities further receive a selection of the user interface element. Additionally, the Accused Instrumentalities perform the action. |





Source: https://youtu.be/dT3tau8nZLA

## Traffic Signal Recognition

Sometimes you can drive by a sign without reading it, and you could end up unintentionally speeding if the speed limit has dropped. This system recognizes traffic signs using a camera, and an icon representing the sign will appear on your screen. This allows you to reduce speed or make other decisions based on the identified traffic signal.

Source: https://www.ewaldcjdr.com/blogs/4297/dodge-safety-features-2024-enhancements/



Source: https://youtu.be/zvFC-SkuKJ8