# Exhibit 9

# Application of U.S. Patent No. 8,781,451 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Stellantis vehicles, including Alfa Romeo, Chrysler, Dodge, Fiat, Jeep, Maserati, Peugeot, and Ram branded vehicles, featuring Uconnect / TomTom / in-vehicle navigation, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 8,781,451                                   Page 1 of 30

| Claim | Application of U.S. Patent No. 8,781,451 |
|---|---|
| 9[pre]: A method for providing traffic alerts at a mobile device, said method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method for providing traffic alerts at a mobile device (e.g., Accused Instrumentality). For example, each Accused Instrumentality has an infotainment system featuring Uconnect and/or TomTom.<br><br>**Stellantis and TomTom**<br><br>Over five million Stellantis vehicles on the road today are powered by TomTom's full stack navigation.<br><br>Since 2015, Stellantis has been working with TomTom to redefine the in-vehicle experience.<br><br>With maps, real-time traffic and connected services, navigation software and an easy-to-use interface – a full stack of navigation technology – TomTom helps carmakers deliver a seamless experience for drivers. Stellantis, makers of Peugeot, Citroën, DS Automobiles, Opel and Vauxhall vehicles, partners with TomTom to give their drivers a complete, connected navigation experience that increases safety and comfort. |

U.S. Patent No. 8,781,451                                    Page 2 of 30



Source: https://www.tomtom.com/customers/groupe-psa/



## Stellantis Awards New Global Navigation Deal to TomTom

**Amsterdam, Netherlands, 7 November 2022, 07:30 CET,** TomTom (TOM2), the geolocation technology specialist, today announced that it has been awarded a new global deal to provide its maps, navigation software, and connected services such as real-time traffic information to STLA SmartCockpit, Stellantis' next-generation digital cockpit platform to arrive in 2024. Furthermore, existing Stellantis platforms will continue to be powered by TomTom's navigation solutions.

Source: https://corporate.tomtom.com/static-files/3dd8c50c-7fba-4a5b-85c5-fe4c6b4b9cf9

# Stellantis and TomTom

From Italy's iconic compact car to America's most loved trucks, ex-FCA's vehicles rely on TomTom to help drivers get where they want to be, safely and comfortably.

U.S. Patent No. 8,781,451                    Page 4 of 30

## A true connection

Stellantis' latest in-vehicle infotainment system, Uconnect 5, is powered by TomTom's full stack of automotive-grade navigation components. The first models equipped with Uconnect 5 started to hit the road in 2020. Drivers of Abarth, Alfa Romeo, Chrysler, Dodge, Fiat, Jeep, Lancia, Maserati and Ram Trucks vehicles benefit from solutions developed by TomTom and customized for Stellantis.

This includes solutions for electric vehicles (EVs) that show charging points and their live availability, dynamic range mapping that shows how far drivers can go, and destination prediction – a feature that teaches the system to know when to prompt the driver towards one of their most-driven locations. With TomTom IQ Maps, Stellantis offers automatic map-over-the-air updates to drivers around the world.

Source: https://www.tomtom.com/customers/fca/

## 📍 BUILT–IN NAVIGATION: TOMTOM REPLACES GARMIN

Uconnect 5 NAV (the navigation-equipped variant of the system) uses **TomTom** as its mapping provider — a switch from the Garmin-based navigation of earlier Uconnect generations. The system brings several genuine improvements that matter for High Desert drivers:

| Feature | What It Does |
|---|---|
| One-Box-Search | Type or speak any address, business, or POI in a single search field |
| Maps-Over-The-Air (MOTA) | Map updates download wirelessly — no dealer visit, no USB sticks |
| Moving Lane Guidance | Highlights the correct lane well before complex intersections and freeway interchanges |
| Last Mile Navigation | Once parked, the Uconnect smartphone app provides walking directions back to your vehicle |
| Dynamic Range Mapping | For EVs and PHEVs: visualizes remaining range on the map and suggests charging stops if your destination is out of reach |
| Predictive Routing | Learns frequent destinations and routes; suggests timely departures based on real-time traffic |
| Offline Capability | Built-in maps work even when cellular signal drops — useful in remote stretches near Phelan or Lucerne Valley |

For drivers who prefer Google Maps or Apple Maps, those are still available wirelessly via Android Auto and CarPlay. But built-in TomTom navigation works independently of your phone, which is the more reliable option in spotty-coverage areas of the High Desert.

U.S. Patent No. 8,781,451          Page 5 of 30

Source: https://www.victorvillemotors.com/uconnect-5-2026-cdjr-features-guide/



Source: https://www.driveuconnect.com/system-features.html

| 9[a]: receiving a notification indicative of said mobile device approaching a zone affected by development of traffic congestion; | The Accused Instrumentalities receive a notification indicative of said mobile device approaching a zone affected by development of traffic congestion. For example, the Accused Instrumentalities receive a notification indicative of the Accused Instrumentality approaching a zone affected by development of traffic congestion. |
|---|---|

**Live traffic and disruption updates**

Unmatched by any navigation app, our traffic and travel information provide drivers around the world with real-time information and precise estimated times of arrival (ETAs).

Real-time updates and alerts on traffic conditions, speed limits, local hazards and potential dangers provide greater peace of mind in dynamic road conditions. Reliable live information sent directly to drivers empowers smarter, smoother overall journeys.



Source: https://docs.tomtom.com/automotive-solutions/en/product-information/introduction



Source: https://www.youtube.com/watch?v=6BTWTIDNHOg

**Traffic and delay**

Traffic delays are shown when drivers are still far from the actual location, giving them time to prepare.

There are 3 traffic severities, and they are represented by a specific colour in the icon and on the map:

| Icon | Traffic severity |
|------|------------------|
| | Slow moving traffic |
| | Heavy traffic |
| | Stationary traffic |

The traffic delay information is shown in the event card alongside the distance to the event.

Source: https://developer.tomtom.com/automotive-solutions/en/driver-experience/traffic-and-alerts-on-the-route

U.S. Patent No. 8,781,451                                    Page 9 of 30



## TOMTOM® NAVIGATION

TomTom® Navigation (only available on select Durango models) offers a fully integrated turn-by-turn Navigation experience using the most up-to-date maps, combined with traffic and connected services. Essential guidance information is also displayed neatly on the Driver Information Digital Cluster right in front of you to avoid distraction. Personalize your connected Navigation system by easily creating a list of favorite locations, customizing your route preferences, and choosing what points of interest are displayed on the map and route. TomTom Navigation provides accurate and intuitive search results with destination prediction, offering suggestions like "Going to Work?" while automatically showing the best route options. All these features, and more, are available with an easy-to-use destination entry via Uconnect® Voice Command.



## TOMTOM® TRAFFIC AND TRAVEL SERVICES

Available TomTom® Traffic and Travel Services ⓘ (only available on select Durango models) —including Traffic, Speed Camera Alerts, Electric Vehicle services, Parking, Fuel Pricing and Weather—offer drivers reliable and timely information so you can get where you are going without any hassle. As a fully integrated system, routing and guidance will still function when internet connectivity is lost by using regularly updated backup mapping contained within the system. Smartphone-based systems cannot provide the same level of Navigation support. Available with Uconnect® 5 NAV, the TomTom Navigation system lets you access useful information right at your fingertips, and over-the-air map updates guarantee access to the freshest maps, so you'll always know the road ahead.

Source: https://www.dodge.com/uconnect/features/2022/navigation.html?utm

U.S. Patent No. 8,781,451                                    Page 10 of 30



Source: https://www.driveuconnect.com/system-features.html

**REAL-TIME TRAFFIC UPDATES**

The navigation system is using cloud-based real-time traffic information, for an accurate estimation of arrival time and to give suggestions of alternative routes, avoiding traffic and minimising travel time.

Source: https://www.maserati.com/global/en/ownership/maserati-connect/pure-driving-pleasure

<table>
<tr>
<td></td>
<td>

In addition to comprehensive EV services, Peugeot drivers also receive the best routes and travel conditions with TomTom map, traffic and weather information. Along the way, online search and fuel station functionality makes it easy to find points of interest and compare live fuel prices. TomTom Speed Cameras increases safety and comfort by alerting drivers to what's ahead.

Source: https://www.tomtom.com/customers/groupe-psa/

## Fiat 500e

Italy's most iconic city car, the Fiat 500, is also part of Stellantis' collaboration with TomTom. Fiat 500e, the all-electric reimagining of the 500, launched in 2020 with a 10.25" infotainment screen, full connectivity and a 320 km range. Fiat 500e drivers experience seamless navigation for EVs, with all the information they need on the cluster display, as well as real-time traffic information that guarantees accurate arrival times. And for the most up-to-date information, Fiat 500e's map continually updates through the cloud.

Source: https://www.tomtom.com/customers/fca/

</td>
</tr>
</table>

U.S. Patent No. 8,781,451



Source: https://www.youtube.com/watch?v=hMqFs4M5ArU

| 9[b]: providing a first alert using an output mechanism of said mobile device; | The Accused Instrumentalities provide a first alert using an output mechanism (e.g., via the display and/or speakers of the infotainment system) of said mobile device. For example, the Accused Instrumentalities provide visual and/or audible alerts regarding the traffic congestion. |
| --- | --- |



Source: https://www.youtube.com/watch?v=_a-BvIdGqBY

## Live traffic and disruption updates

Unmatched by any navigation app, our traffic and travel information provide drivers around the world with real-time information and precise estimated times of arrival (ETAs).

Real-time updates and alerts on traffic conditions, speed limits, local hazards and potential dangers provide greater peace of mind in dynamic road conditions. Reliable live information sent directly to drivers empowers smarter, smoother overall journeys.



Source: https://docs.tomtom.com/automotive-solutions/en/product-information/introduction



Source: https://www.youtube.com/watch?v=6BTWTIDNHOg

## Traffic and delay

Traffic delays are shown when drivers are still far from the actual location, giving them time to prepare.

There are 3 traffic severities, and they are represented by a specific colour in the icon and on the map:

| Icon | Traffic severity |
|------|------------------|
| 🚗 | Slow moving traffic |
| 🚗 | Heavy traffic |
| 🚗 | Stationary traffic |

The traffic delay information is shown in the event card alongside the distance to the event.

U.S. Patent No. 8,781,451                           Page 17 of 30

## Hazards

Drivers are alerted to hazardous events along the way, such as traffic incidents (accidents, broken-down vehicles and wrong-way driver), weather hazards (heavy rain, fog, reduced visibility, slippery road and strong wind), and road hazards (bad surface conditions, animals on the road, people on the road and objects on the road).

All events are visualised in the **horizon panel**. But only accidents, bad road conditions, broken-down vehicles, objects on the road and wrong-way driver events are visualised on the map.

The warning icon reflects the hazard type.

| Icon | Hazard type |
|---|---|
| | Accident |
| | Animals on the road |
| | Bad road conditions |
| | Broken-down vehicle |
| | Fog |
| | Heavy rain |

The traffic delay information is shown in the event card alongside the distance to the event.



For safety reasons, drivers are alerted when approaching the end of a traffic jam (especially in high-speed situations). This way, they can slow down in time and avoid a potential accident.



Drivers are alerted as they approach road works.

If the road works cause traffic delays, this is also shown in the event card.



Source: https://developer.tomtom.com/automotive-solutions/en/driver-experience/traffic-and-alerts-on-the-route



Source: https://www.driveuconnect.com/system-features.html

**REAL-TIME TRAFFIC UPDATES**

The navigation system is using cloud-based real-time traffic information, for an accurate estimation of arrival time and to give suggestions of alternative routes, avoiding traffic and minimising travel time.

Source: https://www.maserati.com/global/en/ownership/maserati-connect/pure-driving-pleasure

In addition to comprehensive EV services, Peugeot drivers also receive the best routes and travel conditions with TomTom map, traffic and weather information. Along the way, online search and fuel station functionality makes it easy to find points of interest and compare live fuel prices. TomTom Speed Cameras increases safety and comfort by alerting drivers to what's ahead.

U.S. Patent No. 8,781,451                    Page 22 of 30

Source: https://www.tomtom.com/customers/groupe-psa/



Source: https://www.youtube.com/watch?v=hMqFs4M5ArU

| | |
|---|---|
| 9[c]: providing over time, the location of said mobile device; and | The Accused Instrumentalities provide over time, the location of said mobile device. For example, the Accused Instrumentalities provide the location of the Accused Instrumentality as it drives. |

HD Traffic real-time traffic information is the backbone of a time-dynamic navigation concept that guarantees reliable routing and precise travel time information. The content is based on GPS and GSM probe collection systems, bringing a reliable historic and real-time speed measurement assignment for the underlying road network graph of the navigation system which leads to a greatly improved navigation experience. HD Traffic and historic speed profile generation delivered by TomTom's IQ Routes technology together make a formidable data set to provide drivers with the best routing available on the market today.

The core sources of traffic data collection systems are probe data from cell phone operators in the various countries as well as GPS probes from the installed base TomTom connected devices and commercial fleets with TomTom WORK navigation systems. The existing installed base of these sources, including all GPS probe vehicles and cell phone handsets from the cooperating telecommunication operators, is huge, and guarantees enhanced data and service coverage that is not limited to highways, but also covers secondary and arterial urban roads. This greatly improves both travel time and the delay time measurements along a planned route or through traffic, respectively.  An additional advantage is the improved routing due to time-specific data. So far, routes may vary with respect to the day of the week, time of the day, traffic information delays or other major dependencies by weather or events, for example.

TomTom uses a bi-directional GPRS communication channel to deliver traffic information and other relevant messages to the device with an update frequency of three minutes. This guarantees regular incident updates in order to provide suitable detour options on the PND. It also allows the system to respond much more quickly to traffic changes across the road network.

Source: https://download.tomtom.com/open/crm/lib/docs/download/HDT_White_Paper.pdf?utm

Uconnect Navigation combines GPS tracking with detailed 3D graphics to provide the most accurate directions to your next destination. You can customize your navigation technology with Connected Traffic and Travel Services to access traffic updates so you can avoid congested traffic. Your navigation system may also offer Last Mile Navigation so you can have walking directions once you exit your vehicle.

| | |
|---|---|
| | Source: https://www.edmartincdjr.com/blogs/3285/understanding-dodge-uconnect-system-stay-connected/ <br><br>  <br><br> Source: https://www.youtube.com/watch?v=mst8-zMTug0 |
| 9[d]: receiving at least one update regarding the progress of the traffic congestion indicated in said notification in at least one follow up notification provided prior to | The Accused Instrumentalities receive at least one update regarding the progress of the traffic congestion indicated in said notification in at least one follow up notification provided prior to said traffic congestion being cleared. For example, the Accused Instrumentalities receive a follow up notification regarding the progress of the traffic congestion prior to it being cleared. |

| said traffic congestion being cleared. | **TomTom HD Traffic**<br><br>TomTom HD Traffic is a unique TomTom service providing real-time traffic information. Using the latest traffic information in combination with IQ Routes, TomTom HD Traffic helps you plan the optimum route to your destination. For more information about TomTom services and subscriptions, go to tomtom.com/iphone.<br><br>**Important**: TomTom HD Traffic is only supported for use with the iPhone and the iPad 3G and is not supported for use with the iPod touch or the iPad without 3G.<br><br>To use TomTom HD Traffic, you need a continuous data connection (GPRS, EDGE, UMTS or CDMA). Your mobile operator may charge you for using a wireless data connection.<br><br><br><br>The TomTom app regularly receives information about the changing traffic conditions. If traffic jams or other incidents are found on your route, the app can replan your route to minimise any travel delays.<br><br>**Tip:** The TomTom app automatically downloads traffic updates and may incur mobile roaming charges when travelling abroad. |
|---|---|

Source: https://download.tomtom.com/open/manuals/app_for_iphone/html/en-gb/TomTomHDTraffic.htm



Source: https://www.youtube.com/watch?v=_a-BvIdGqBY

## Live traffic and disruption updates

Unmatched by any navigation app, our traffic and travel information provide drivers around the world with real-time information and precise estimated times of arrival (ETAs).

Real-time updates and alerts on traffic conditions, speed limits, local hazards and potential dangers provide greater peace of mind in dynamic road conditions. Reliable live information sent directly to drivers empowers smarter, smoother overall journeys.



Source: https://docs.tomtom.com/automotive-solutions/en/product-information/introduction

| | |
|---|---|
| | **REAL-TIME TRAFFIC UPDATES**<br><br>The navigation system is using cloud-based real-time traffic information, for an accurate estimation of arrival time and to give suggestions of alternative routes, avoiding traffic and minimising travel time.<br><br>Source: https://www.maserati.com/global/en/ownership/maserati-connect/pure-driving-pleasure<br><br>In addition to comprehensive EV services, Peugeot drivers also receive the best routes and travel conditions with TomTom map, traffic and weather information. Along the way, online search and fuel station functionality makes it easy to find points of interest and compare live fuel prices. TomTom Speed Cameras increases safety and comfort by alerting drivers to what's ahead.<br><br>Source: https://www.tomtom.com/customers/groupe-psa/ |

U.S. Patent No. 8,781,451                    Page 29 of 30



Source: https://www.youtube.com/watch?v=hMqFs4M5ArU