# Exhibit 11

# Application of U.S. Patent No. 7,917,829 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Stellantis vehicles, including Alfa Romeo, Chrysler, Dodge, Fiat, Jeep, Maserati, Peugeot, and Ram branded vehicles, with Wi-Fi capability, including Wi-Fi hotspot and/or Wi-Fi network connection capabilities, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 7,917,829                                   Page 1 of 24

| Claim | Application of U.S. Patent 7,917,829 |
|---|---|
| 1[pre]: A method for low-density parity-check (LDPC) encoding data, comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method for low-density parity-check (LDPC) encoding data.<br><br>For example, the Accused Instrumentalities implement IEEE 802.11 standards, including IEEE Std. 802.11n, ac, ax, be (Wi-Fi 4, 5, 6, 7). |

## Stellantis Introduces Simplified, Value-packed Connected Services for US Customers

By Dale Jewett

**July 8, 2025 , Auburn Hills, Mich. –** Stellantis is making connected services clearer and more valuable for its U.S. customers with a simplified, two-tier offering available on Dodge, Jeep®, Ram and FIAT brand vehicles starting this month. The new packages bundle the most popular features into easy-to-understand options, designed to fit a wide range of customer needs.

**Two New Connected Services Packages**

**Connect ONE**

Included at no extra cost and active for 10 years from the date of purchase or lease, Connect One gives customers convenient access to essential features, such as:

- Over-the-air (OTA) software updates
- Vehicle health reports, alerts and service scheduling
- Automatic SOS calls and recall notifications
- Remote lock and unlock via the brand app
- Digital Key for smartphone-based access and engine start (when available)
- In-vehicle games
- EV charging controls and management tools
- Basic navigation

**Connect Wi-Fi PLUS**

A premium subscription that adds advanced connectivity, control and convenience with unlimited Wi-Fi data:

- **Wi-Fi Hotspot:** Connect up to eight devices with fast, reliable internet on the go
- **Advanced Remote Operations:** Start your vehicle, activate climate control, locate it with horn/lights
- **Stolen Vehicle Tracking:** Supports recovery if your vehicle is stolen
- **Drive Alerts:** Set boundaries for speed, location and time — ideal for shared vehicle use
- **Voice Assistant:** Hands-free control for vehicle functions and smart home integration
- **Connected Navigation:** Real-time traffic updates, speed camera alerts, fuel prices, map updates and last-mile guidance
- **Alexa Built-in:** Amazon Alexa voice assistant embedded into the vehicle

Customers can try Connect Wi-Fi Plus for three months at no charge, if enrolled within 30 days of a new vehicle purchase or lease. After the trial, the subscription is $17.99/month.

Source: https://blog.stellantisnorthamerica.com/2025/07/08/stellantis-introduces-simplified-value-packed-connected-services-for-us-customers/

Connect Wi-Fi Plus includes a hot spot with unlimited data that's capable of handling up to eight devices, plus Amazon Alexa Built-In, voice control, and connected navigation with real-time traffic updates and speed camera alerts. It also expands on the basic bundle's remote vehicle controls with remote start, climate-control operation, and the ability to use the horn and lights to help locate the vehicle in crowded parking lots. If it's not where you left it, the Plus package's stolen-vehicle tracking helps you recover it. The package also allows owners to set boundaries and alerts for vehicle speed and location, as well as the hours it is driven, discouraging teenage joyriding and other misuse.

Source: https://www.cars.com/articles/stellantis-streamlines-connected-services-with-two-new-packages-512651/

## STAY UP TO DATE WITH UCONNECT® SOFTWARE UPDATES

Keeping your vehicle's Uconnect® software up to date gives you access to the latest available features and enhancements. Updates can be performed over any password-protected Wi-Fi® network. Select vehicles with connected service capabilities are eligible for over-the-air updates.

### CONNECT TO WI-FI®

To simply connect to a nearby Wi-Fi® network follow these steps below.



**Click Settings**

on your vehicle's touchscreen.



**Select WI-FI®**

from the list of available options.



**Select your Network**

and enter the password.

U.S. Patent No. 7,917,829                    Page 4 of 24

Source: https://www.driveuconnect.com/support/software-update.html





Source: 2021 Jeep Grand Cherokee Testing Photos



U.S. Patent No. 7,917,829                                        Page 7 of 24



Source: 2024 Jeep Grand Cherokee Testing Photos

Wi-Fi® technology is based on the IEEE 802.11™ series of wireless connectivity standards which have revolutionized how we communicate and access information. Billions of Wi-Fi devices are in use worldwide today, dramatically impacting how individuals, businesses, governments, and societies interact. It is no exaggeration to say that the IEEE 802.11 series of standards has helped bring about inexpensive, equitable internet access globally.

Source: https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/

U.S. Patent No. 7,917,829    Page 8 of 24

## What Are Wi-Fi Standards?

Wi-Fi standards are defined by the IEEE (Institute of Electrical and Electronics Engineers) under the 802.11 protocol. These standards dictate how wireless devices communicate and connect to the internet. The evolution of these standards has led to significant improvement in speed, range, and reliability.

### Key Wi-Fi Standards

1. **802.11 (1997)**: The original standard provided a maximum bandwidth of 2 Mbps operating on the 2.4 GHz frequency band.
2. **802.11a (1999)**: Introduced faster speeds of up to 54 Mbps on the 5 GHz band.
3. **802.11b (1999)**: Offered a maximum speed of 11 Mbps using the 2.4 GHz band.
4. **802.11g (2003)**: Combined features of 802.11a and b, achieving speeds up t0 54 Mbps on the 2.4 GHz band.
5. **802.11n (2009)**: Known as **Wi-Fi 4**, it introduced MIMO technology, significantly increasing speed and range with capabilities of up to 600 Mbps on both frequency bands.
6. **802.11ac (2013)**: Also called **Wi-Fi 5**, it operates primarily on the 5 GHz band with speeds exceeding 1 Gbps.
7. **802.11ax (2019)**: Known as **Wi-Fi 6**, this standard is designed for higher frequency and can reach speeds up to 10 Gbps while supporting multiple devices simultaneously.
8. **802.11be (2024)**: Known as **Wi-Fi 7**, this upcoming standard promises even greater speeds and efficiency by utilizing the newly available 6 GHz band alongside existing bands.

Source: https://www.dell.com/support/contents/en-eg/article/product-support/self-support-knowledgebase/networking-wifi-and-bluetooth/wi-fi-network-standards-overview

## 19. High-throughput (HT) PHY specification

### 19.1 Introduction

### 19.1.1 Introduction to the HT PHY

Clause 19 specifies the PHY entity for a high-throughput (HT) orthogonal frequency division multiplexing (OFDM) system. In addition, a variant capability PHY based on the HT PHY ("Class 2 HT PHY") is defined in this clause.

### 19.3.11.7 LDPC codes

## 19.3.11.7.5 LDPC PPDU encoding process

To encode an LDPC PPDU, step a) to step g) shall be performed in sequence:

**21. Very high throughput (VHT) PHY specification**

**21.1 Introduction**

**21.1.1 Introduction to the VHT PHY**

Clause 21 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system operating in the 5 GHz band.

In addition to the requirements in Clause 21, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 19 in the 5 GHz band.

The VHT PHY is based on the HT PHY defined in Clause 19, which in turn is based on the OFDM PHY

**21.3.10.5.4 LDPC coding**

For a VHT SU PPDU using LDPC coding to encode the Data field, the LDPC code and encoding process described in 19.3.11.7 shall be used with the following modifications. First, all bits in the Data field including the scrambled SERVICE, PSDU, and pad bits are encoded. Thus, $N_{pld}$ for VHT PPDUs shall be computed using Equation (21-61) instead of Equation (19-35).

$$N_{pld} = N_{SYM,init}N_{DBPS} \tag{21-61}$$

LDPC codes used in VHT MU PPDUs shall also follow the definitions in 19.3.11.7. Refer to 21.3.10.5.5 for a description of the LDPC encoding process for VHT MU PPDUs.

Source: IEEE Std 802.11-2020

U.S. Patent No. 7,917,829                                    Page 10 of 24

## 27. High-efficiency (HE) PHY specification

### 27.1 Introduction

#### 27.1.1 Introduction to the HE PHY

Clause 27 specifies the PHY entity for a high-efficiency (HE) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 27, an HE STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of the following PHY specifications:

— Clause 19 and Clause 21 if the HE STA supports an operating channel width greater than or equal to 80 MHz and is operating in the 5 GHz band.

— Clause 19 and Clause 21 transmission and reception on 20 MHz channel width (see 26.17.1) if the HE STA is a 20 MHz-only non-AP HE STA and is operating in the 5 GHz band.

— Clause 19 if the HE STA is operating in the 2.4 GHz band.

— Clause 17 if the HE STA is operating in the 6 GHz band.

#### 27.3.12.5.2 LDPC coding

For an HE SU PPDU or HE ER SU PPDU using LDPC coding on the Data field, the LDPC coding process described in 19.3.11.7 shall be used with the following modifications:

First, all bits in the Data field including the scrambled SERVICE, PSDU, and pre-FEC pad bits are encoded. Thus, $N_{pld}$ for HE PPDUs shall be computed using Equation (27-68) instead of Equation (19-35).

$$N_{pld} = (N_{SYM, init} - m_{STBC})N_{DBPS} + m_{STBC}N_{DBPS, last, init} \qquad (27\text{-}68)$$

Source: IEEE Std 802.11ax-2021

U.S. Patent No. 7,917,829                    Page 11 of 24

## 36. Extremely high throughput (EHT) PHY specification

### 36.1 Introduction

#### 36.1.1 Introduction to the EHT PHY

Clause 36 (Extremely high throughput (EHT) PHY specification) specifies the PHY entity for an extremely high throughput (EHT) orthogonal frequency division multiplexing (OFDM) system. In addition to the requirements in Clause 36 (Extremely high throughput (EHT) PHY specification), an EHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory requirements of Clause 27 (High Efficiency (HE) PHY specification), which specifies support of the mandatory requirements of Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification), Clause 19 (High Throughput (HT) PHY specification), and Clause 21 (Very High Throughput (VHT) PHY specification).

For 2.4 GHz band operation, the EHT PHY is based on HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification) and Clause 18 (Extended Rate PHY (ERP) specification).

For 5 GHz band operation, the EHT PHY is based on the HE PHY defined in Clause 27 (High Efficiency (HE) PHY specification), which is based on the VHT PHY defined in Clause 21 (Very High Throughput (VHT) PHY specification), which is based on the HT PHY defined in Clause 19 (High Throughput (HT) PHY specification), which is based on the OFDM PHY defined in Clause 17 (Orthogonal frequency division multiplexing (OFDM) PHY specification).

For each user with LDPC encoding, the parameters $N_{pld,u}$ and $N_{avbits,u}$ are computed using Equation (36-54) and Equation (36-55), respectively.

$$N_{pld,u} = (N_{SYM,init} - 1)N_{DBPS,u} + N_{DBPS,last,init,u} \tag{36-54}$$

$$N_{avbits,u} = (N_{SYM,init} - 1)N_{CBPS,u} + N_{CBPS,last,init,u} \tag{36-55}$$

For each user with LDPC encoding, continue LDPC encoding process as in 19.3.11.7.5 (LDPC PPDU encoding process) starting with the parameters $N_{pld,u}$ and $N_{avbits,u}$. If there is at least one user with LDPC encoding for which the following condition in step d) of LDPC encoding process as described in 19.3.11.7.5 (LDPC PPDU encoding process) is met:

Source: IEEE Std 802.11be-D7.0; IEEE Std. 802.11be-2024

| 1[a]: receiving input data from a data source; | The Accused Instrumentalities receive input data from a data source.

NOTE: The particular case shown here has two FEC encoders, four spatial streams, BCC coding, no STBC, and four transmit chains. The actual transmission mode may differ from the one shown here in various ways:
—There might be 1 or 2 FEC encoders when BCC encoding is used.
—The stream parser might have 1, 2, 3 or 4 outputs.
—When LDPC encoding is used, the interleavers are not used.
—When STBC is used, the STBC block has more outputs than inputs (otherwise the ouputs equal the inputs).
—When spatial mapping is used, there might be more transmit chains than space-time streams.
—The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

**Figure 19-3—Transmitter block diagram 2** |



**Figure 21-11—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with LDPC encoding**

Source: IEEE Std 802.11-2020



**Figure 27-18—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on a 26-, 52-, 106-, 242-, 484-, or 996-tone RU**

Source: IEEE 802.11ax-2021



Figure 36-23—Transmitter block diagram for the UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on an RU or MRU size equal to or smaller than a 996-tone RU

Source: IEEE P.802.11be-D7.0; IEEE Std. 802.11be-2024

| 1[b]: applying the following expanded parity check matrix to the input data to generate encoded data with a code length of 1944: | The Accused Instrumentalities apply the following expanded parity check matrix to the input data to generate encoded data with a code length of 1944: |
|---|---|



NOTE:  The particular case shown here has two FEC encoders, four spatial streams, BCC coding, no STBC, and four transmit chains. The actual transmission mode may differ from the one shown here in various ways:
 —There might be 1 or 2 FEC encoders when BCC encoding is used.
 —The stream parser might have 1, 2, 3 or 4 outputs.
 —When LDPC encoding is used, the interleavers are not used.
 —When STBC is used, the STBC block has more outputs than inputs (otherwise the ouputs equal the inputs).
 —When spatial mapping is used, there might be more transmit chains than space-time streams.
 —The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

**Figure 19-3—Transmitter block diagram 2**



**Figure 21-11—Transmitter block diagram for the Data field of a 20 MHz, 40 MHz, or 80 MHz VHT SU PPDU with LDPC encoding**

Source: IEEE Std 802.11-2020



**Figure 27-18—Transmitter block diagram for UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on a 26-, 52-, 106-, 242-, 484-, or 996-tone RU**

Source: IEEE 802.11ax-2021

U.S. Patent No. 7,917,829                                             Page 19 of 24



**Figure 36-23—Transmitter block diagram for the UL transmission or DL non-MU-MIMO transmission of a Data field with LDPC encoding on an RU or MRU size equal to or smaller than a 996-tone RU**

Source: IEEE P.802.11be-D7.0; IEEE Std. 802.11be-2024

### 19.3.11.7.4 Parity-check matrices

Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.

The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of $8 \times 8$) of cyclic-permutation matrices $P_i$.

Table F-3 displays the matrix prototypes of parity-check matrices for block length $n$=1944 bits, in the same fashion.

**Table F-3—Matrix prototypes for codeword block length $n$ = 1944 bits, subblock size is $Z$ = 81 bits**

| | |
|---|---|
| | (b) Coding rate R = 2/3.<br><br>```
61  75   4  63  56   –   –   –   –   –   –   8   –   2  17  25   1 0 – – – – – – –
56  74  77  20   –   –   –  64  24   4  67   –   7   –   –   –   – – 0 0 – – – – – –
28  21  68  10   7  14  65   –   –   –  23   –   –   –  75   –   – – – 0 0 – – – –
48  38  43  78  76   –   –   –   –   5  36   –  15  72   –   –   – – – – 0 0 – – –
40   2  53  25   –  52  62   –  20   –   –  44   –   –   –   –   – 0 – – – 0 0 – –
69  23  64  10  22   –  21   –   –   –   –   –  68  23  29   –   – – – – – – 0 0 –
12   0  68  20  55  61   –  40   –   –   –  52   –   –   –  44   – – – – – – – 0 0
58   8  34  64  78   –   –  11  78  24   –   –   –   –   –  58   1 – – – – – – – 0
```<br><br>Source: IEEE Std 802.11-2020 |
| 1[c]: wherein −1 represents an 81×81 all-zero square matrix, and all other integers represent an 81×81 identity matrix, circularly right shifted a respective number of times corresponding to the respective integers. | In the Accused Instrumentalities, −1 represents an 81×81 all-zero square matrix, and all other integers represent an 81×81 identity matrix, circularly right shifted a respective number of times corresponding to the respective integers.<br><br>**19.3.11.7.4 Parity-check matrices**<br><br>Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.<br><br>The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of 8 × 8) of cyclic-permutation matrices $P_i$. |

U.S. Patent No. 7,917,829                    Page 21 of 24

$$P_0 = \begin{bmatrix} 1&0&0&0&0&0&0&0 \\ 0&1&0&0&0&0&0&0 \\ 0&0&1&0&0&0&0&0 \\ 0&0&0&1&0&0&0&0 \\ 0&0&0&0&1&0&0&0 \\ 0&0&0&0&0&1&0&0 \\ 0&0&0&0&0&0&1&0 \\ 0&0&0&0&0&0&0&1 \end{bmatrix}, P_1 = \begin{bmatrix} 0&1&0&0&0&0&0&0 \\ 0&0&1&0&0&0&0&0 \\ 0&0&0&1&0&0&0&0 \\ 0&0&0&0&1&0&0&0 \\ 0&0&0&0&0&1&0&0 \\ 0&0&0&0&0&0&1&0 \\ 0&0&0&0&0&0&0&1 \\ 1&0&0&0&0&0&0&0 \end{bmatrix}, P_5 = \begin{bmatrix} 0&0&0&0&0&1&0&0 \\ 0&0&0&0&0&0&1&0 \\ 0&0&0&0&0&0&0&1 \\ 1&0&0&0&0&0&0&0 \\ 0&1&0&0&0&0&0&0 \\ 0&0&1&0&0&0&0&0 \\ 0&0&0&1&0&0&0&0 \\ 0&0&0&0&1&0&0&0 \end{bmatrix}$$

**Figure 19-12—Examples of cyclic-permutation matrices with Z=8**

(b) Coding rate R = 2/3.

```
61  75   4  63  56   -   -   -   -   -   -   8   -   2  17  25   1 0 - - - - - -
56  74  77  20   -   -   -  64  24   4  67   -   7   -   -   -   - 0 0 - - - - -
28  21  68  10   7  14  65   -   -   -  23   -   -   -  75   -   - - 0 0 - - - -
48  38  43  78  76   -   -   -   -   5  36   -  15  72   -   -   - - - 0 0 - - -
40   2  53  25   -  52  62   -  20   -   -  44   -   -   -   -   0 - - - 0 0 - -
69  23  64  10  22   -  21   -   -   -   -   -  68  23  29   -   - - - - - 0 0 -
12   0  68  20  55  61   -  40   -   -   -  52   -   -   -  44   - - - - - - 0 0
58   8  34  64  78   -   -  11  78  24   -   -   -   -   -  58   1 - - - - - - 0
```

Source: IEEE 802.11-2020

| 2: A method as defined in claim 1, further comprising expanding the expanded parity check matrix from a base parity check matrix having a coding rate of R=⅔. | *See* claim 1 above.<br><br>The Accused Instrumentalities further expand the expanded parity check matrix from a base parity check matrix having a coding rate of R=2/3. |
|---|---|

U.S. Patent No. 7,917,829    Page 22 of 24

<table>
<tr><td></td><td>

### 19.3.11.7.4 Parity-check matrices

Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.

The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of $8 \times 8$) of cyclic-permutation matrices $P_i$.

Table F-3 displays the matrix prototypes of parity-check matrices for block length $n=1944$ bits, in the same fashion.

(b) Coding rate R = 2/3.

```
61  75   4  63  56   –   –   –   –   –   –   8   –   2  17  25   1  0  –  –  –  –  –  –
56  74  77  20   –   –   –  64  24   4  67   –   7   –   –   –   –  0  0  –  –  –  –  –
28  21  68  10   7  14  65   –   –   –  23   –   –   –  75   –   –  –  0  0  –  –  –  –
48  38  43  78  76   –   –   –   –   5  36   –  15  72   –   –   –  –  –  0  0  –  –  –
40   2  53  25   –  52  62   –  20   –   –  44   –   –   –   –   0  –  –  –  0  0  –  –
69  23  64  10  22   –  21   –   –   –   –   –  68  23  29   –   –  –  –  –  –  0  0  –
12   0  68  20  55  61   –  40   –   –   –  52   –   –   –  44   –  –  –  –  –  –  0  0
58   8  34  64  78   –   –  11  78  24   –   –   –   –   –  58   1  –  –  –  –  –  –  0
```

Source: IEEE Std 802.11-2020

</td></tr>
<tr><td>

3: A method as defined in claim 2, wherein the base parity check matrix has a size of 8×24.

</td><td>

In the Accused Instrumentalities, the base parity check matrix has a size of 8×24.

### 19.3.11.7.4 Parity-check matrices

Each of the parity-check matrices is partitioned into square subblocks (submatrices) of size $Z \times Z$. These submatrices are either cyclic-permutations of the identity matrix or null submatrices.

The cyclic-permutation matrix $P_i$ is obtained from the $Z \times Z$ identity matrix by cyclically shifting the columns to the right by $i$ elements. The matrix $P_0$ is the $Z \times Z$ identity matrix. Figure 19-12 illustrates examples (for a subblock size of $8 \times 8$) of cyclic-permutation matrices $P_i$.

Table F-3 displays the matrix prototypes of parity-check matrices for block length $n=1944$ bits, in the same fashion.

</td></tr>
</table>

U.S. Patent No. 7,917,829                         Page 23 of 24

(b) Coding rate R = 2/3.

```
61  75   4  63  56   -   -   -   -   -   -   8   -   2  17  25   1 0 - - - - - - -
56  74  77  20   -   -   -  64  24   4  67   -   7   -   -   -   - 0 0 - - - - -
28  21  68  10   7  14  65   -   -   -  23   -   -   -  75   -   - - 0 0 - - - -
48  38  43  78  76   -   -   -   -   5  36   -  15  72   -   -   - - - 0 0 - - -
40   2  53  25   -  52  62   -  20   -   -  44   -   -   -   -   0 - - - 0 0 - -
69  23  64  10  22   -  21   -   -   -   -   -  68  23  29   -   - - - - - 0 0 -
12   0  68  20  55  61   -  40   -   -   -  52   -   -   -  44   - - - - - - 0 0
58   8  34  64  78   -   -  11  78  24   -   -   -   -   -  58   1 - - - - - - 0
```

Source: IEEE Std 802.11-2020

U.S. Patent No. 7,917,829                Page 24 of 24